Samuel Sprintz, Respondent, v. Michael Cooper, Appellant.—Judgment and order of the County Court of Kings county affirmed, with costs. No opinion. Hirschberg, Burr, Thomas, Carr and Rich, JJ., concurred.

John Vincent, Appellant, v. Albert E. Payne, as Executor of the Alleged Last Will and Testament of Frank L. Terry, etc., and Others, Respondents.— Judgment modified by striking out the words " on the merits," and as so modified affirmed, without costs. No opinion. Hirschberg, Burr, Thomas, Woodward and Rich, JJ., concurred.

Alexis Witte, Respondent, v. Elizabeth Koerner, Appellant.— Judgment modified by deducting therefrom the sum of $157.47, expenditures for search of title and survey, on the ground that there is no proof or finding in the case that such expenditures were reasonable in amount; and as so modified judgment affirmed, without costs of this appeal. Hirschberg, Thomas, Carr, Woodward and Rich, JJ., concurred.

Anton Zarbarowski, an Infant, by Jacob Zarbarowski, His Guardian ad Litem, Respondent, v. The Lalance & Grosjean Manufacturing Company, Appellant.—Judgment and order unanimously affirmed, with costs. No opinion. Present—Hirschberg, Burr, Carr, Woodward and Rich, JJ.

In the Matter of Addison S. Sanborn, an Attorney.—The practice of using, even temporarily and with purpose of immediate repayment, the money of a client by his lawyer, without authority, is condemned, and has in the present instance resulted in painful consequences to respondent. But in view of his usual good professional conduct, it is unnecessary to proceed farther in matter of discipline. Hirschberg, Burr, Thomas, Woodward and Rich, JJ., concurred.

Mary E. White, Respondent, v. William W. White, Appellant.—Motion for stay pending the hearing and decision of the appeal from the order herein granted, except as to the proceedings to obtain counsel fee and expenses upon such appeal; the temporary stay is modified in this respect. The order to be entered herein to be without prejudice to an application to vacate the stay if the appeal is not diligently prosecuted. Present— Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Elsie M. W. Winne, Plaintiff, v. William H. A. Murphy and Others, Defendants.— Motion denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.